Anthony L. Hall, Esq. (SBN 187960)
ahall@hollandhart.com
Dora V. Lane, Esq. (SBN 235113)
dlane@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 327-3000

*Attorney for Defendants*
*California Sierra Express, Inc.*
*and Howard Yamada*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BUTLER,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA SIERRA EXPRESS, INC.; HOWARD YAMADA; and DOES 1-20,<br><br>    Defendants. | Case No.: 4:18-cv-2905-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)(1)(A)(ii) |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Sean Butler ("Mr. Butler") and Defendants California Sierra Express, Inc. and Howard Yamada ("Defendants") hereby stipulate as follows:

///

///

///

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE

///

This action, including any and all claims, is dismissed. This dismissal is <u>with</u> prejudice, and Mr. Butler and Defendants both agree that (a) each party shall bear its own costs and attorneys' fees, and (b) no party claims to be a prevailing party.

IT IS SO STIPULATED.

DATED this 19th day of June, 2018.

| BY: /s/ Cary Kletter<br>Cary Kletter, Esq.<br>CA Bar No. 210230<br>ckletter@kletterlaw.com<br>Rachel Hallam, Esq.<br>CA Bar No. 306844<br>rhallam@kletterlaw.com<br>KLETTER LAW<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA 94403<br><br>*Attorneys for Plaintiff*<br>*Sean Butler* | BY: /s/ Dora V. Lane<br>Anthony L. Hall, Esq.<br>CA Bar No. 187960<br>ahall@hollandhart.com<br>Dora V. Lane, Esq.<br>CA Bar No. 235113<br>dlane@hollandhart.com<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br><br>*Attorneys for Defendants*<br>*California Sierra Express, Inc.*<br>*and Howard Yamada* |

Pursuant to Local Civil Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jennifer L. Smith
Jennifer L. Smith

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

/s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam, Jr
U.S. District Court Judge

STIPULATION OF DISMISSAL WITH PREJUDICE
Page 2 of 2